```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07077
   CAROL ANN BIGGS
   JOHN WILLIAM BIGGS                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-4501      SSN XXX-XX-9628

-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

      1.   The case was filed on 03/25/08 .

      2.   The case was dismissed without confirmation, 08/01/2008.

      3.   The Debtor paid a total of $    345.00 .

-----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
-----------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE    CURRENT MORTG            .00            .00           .00
CITIFINANCIAL AUTO        UNSECURED          NOT FILED            .00           .00
FIRST STATE BANK MENDOTA  SECURED                  .00            .00           .00
LASALLE STATE BANK        UNSECURED          NOT FILED            .00           .00
ALLIANCE ONE RECEIVABLES  UNSECURED          NOT FILED            .00           .00
ALLIED BUSINESS ACCOUNTS  UNSECURED          NOT FILED            .00           .00
AMEREN                    UNSECURED          NOT FILED            .00           .00
AT&T MOBILITY LLC         UNSECURED          NOT FILED            .00           .00
ROBERT B STEELE ESQ       UNSECURED          NOT FILED            .00           .00
BERNABEI BALESTRI FIOCCH  UNSECURED          NOT FILED            .00           .00
CAPITAL ONE BANK          UNSECURED          NOT FILED            .00           .00
CAPITAL ONE BANK          UNSECURED          NOT FILED            .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED          NOT FILED            .00           .00
CENTRAL ILL RADIOLOGICAL  UNSECURED          NOT FILED            .00           .00
CGH MEDICAL CENTER        UNSECURED          NOT FILED            .00           .00
CINGULAR WIRELESS         UNSECURED          NOT FILED            .00           .00
COLLECTION PROFESSIONALS  UNSECURED          NOT FILED            .00           .00
FIRST PREMIER BANK        UNSECURED          NOT FILED            .00           .00
GEVALLA KAFFE             UNSECURED          NOT FILED            .00           .00
HOMETOWN NATIONAL BANK    UNSECURED          NOT FILED            .00           .00
-----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
-----------------------------------------------------------------------------
ILLINOIS VALLEY COMMUNIT  UNSECURED          NOT FILED            .00           .00
OSI COLLECTION SERVICE    UNSECURED          NOT FILED            .00           .00
PROFESSIONAL & MEDICAL C  UNSECURED          NOT FILED            .00           .00
SPRINT NEXTEL             UNSECURED          NOT FILED            .00           .00
ST MARGARETS HOSPITAL     UNSECURED          NOT FILED            .00           .00
THE NEIGHBORHOOD          UNSECURED          NOT FILED            .00           .00
ACCOUNT MANAGEMENT SERV   UNSECURED          NOT FILED            .00           .00
AFNI                      UNSECURED          NOT FILED            .00           .00
AFSCI                     UNSECURED          NOT FILED            .00           .00
```

```
ALLIED INTERSTATE            UNSECURED        NOT FILED              .00           .00
AMERICAN CORADIUS            UNSECURED        NOT FILED              .00           .00
AMERICAN FAMILY INSURANC     UNSECURED        NOT FILED              .00           .00
ANDERSON FINANCIAL NETWO     UNSECURED        NOT FILED              .00           .00
ASPIRE VISA                  UNSECURED        NOT FILED              .00           .00
ASSET ACCEPTANCE CORP        UNSECURED        NOT FILED              .00           .00
ASSOCIATED ANESTHESIOLOG     UNSECURED        NOT FILED              .00           .00
ASURION                      UNSECURED        NOT FILED              .00           .00
BUREAU VALLEY VETERINARY     UNSECURED        NOT FILED              .00           .00
CENTRAL ILLINOIS PATHOLO     UNSECURED        NOT FILED              .00           .00
CITIFINANCIAL                UNSECURED        NOT FILED              .00           .00
COLUMBUS BANK & TRUST        UNSECURED        NOT FILED              .00           .00
CREDIT RECOVERY INC          UNSECURED        NOT FILED              .00           .00
CREDITORS DISCOUNT & AUD     UNSECURED        NOT FILED              .00           .00
CULLIGAN                     UNSECURED        NOT FILED              .00           .00
DEBT RECOVERY SOLUTIONS      UNSECURED        NOT FILED              .00           .00
DIRECTV                      UNSECURED        NOT FILED              .00           .00
DIVERSIFIED SRVS             UNSECURED        NOT FILED              .00           .00
FIRST FINANCIAL ASSET MG     UNSECURED        NOT FILED              .00           .00
FIRST STATE BANK MENDOTA     UNSECURED        NOT FILED              .00           .00
FORD CREDIT                  UNSECURED        NOT FILED              .00           .00
GULF STATE CREDIT            UNSECURED        NOT FILED              .00           .00
HEARTCARE                    UNSECURED        NOT FILED              .00           .00
HOSPITAL RADIOLOGY SRV       UNSECURED        NOT FILED              .00           .00
HSBC                         UNSECURED        NOT FILED              .00           .00
HUPP LANUTI MARTIN           UNSECURED        NOT FILED              .00           .00
INSURANCE SUPPORT CENTER     UNSECURED        NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM     UNSECURED        NOT FILED              .00           .00
JOHN FISHER                  UNSECURED        NOT FILED              .00           .00
JOHNS SERVICE & SALES        UNSECURED        NOT FILED              .00           .00
KCA FINANCIAL SERVICES       UNSECURED        NOT FILED              .00           .00
LASALLE COUNTY COURTHOUS     MORTGAGE ARRE    NOT FILED              .00           .00
LASALLE NATIONAL BANK        UNSECURED        NOT FILED              .00           .00
LASALLE STATE BANK           UNSECURED        NOT FILED              .00           .00
LAST MUFFLER AND BRAKE S     UNSECURED        NOT FILED              .00           .00
------------------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------------------
LIBERTY MEDICAL SUPPLIES     UNSECURED        NOT FILED              .00           .00
MCI                          UNSECURED        NOT FILED              .00           .00
MENDOTA COMMUNITY HOSPIT     UNSECURED        NOT FILED              .00           .00
MIDLAND CREDIT MGMT          UNSECURED        NOT FILED              .00           .00
CENTRAL PATHOLOGY MIDWES     UNSECURED        NOT FILED              .00           .00
MR ELECTRIC                  UNSECURED        NOT FILED              .00           .00
NATIONAL ENTERPRISE SYST     UNSECURED        NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS        UNSECURED        NOT FILED              .00           .00
NEELAM GOEL MD               UNSECURED        NOT FILED              .00           .00
ST FRANCIS MEDICAL CTR       UNSECURED        NOT FILED              .00           .00
PARK DANSAN                  UNSECURED        NOT FILED              .00           .00
PEORIA PULMONARY ASSOC       UNSECURED        NOT FILED              .00           .00
PERU ANESTHESIA              UNSECURED        NOT FILED              .00           .00
PROVENA ST JOSEPH MEDICA     UNSECURED        NOT FILED              .00           .00
PROVIDIAN                    UNSECURED        NOT FILED              .00           .00
RAYMOND R NOLASCO            UNSECURED        NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC     UNSECURED        NOT FILED              .00           .00
RIDDLE & ASSOC PC            UNSECURED        NOT FILED              .00           .00
SBC BANKRUPTCY DESK          UNSECURED        NOT FILED              .00           .00
SODERSTROM DERMATOLOGY C     UNSECURED        NOT FILED              .00           .00
SOLOMON & SOLOMON            UNSECURED        NOT FILED              .00           .00
```

```
T MOBILE USA              UNSECURED       NOT FILED              .00         .00
SWISS COLONY              UNSECURED       NOT FILED              .00         .00
THE TRADIN POST           UNSECURED       NOT FILED              .00         .00
TDM                       UNSECURED       NOT FILED              .00         .00
HUPP LANUTI MARTIN        UNSECURED       NOT FILED              .00         .00
WASTE MANAGEMENT NORTH    UNSECURED       NOT FILED              .00         .00
WORLD FINANCIAL NATIONAL  UNSECURED       NOT FILED              .00         .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00         .00         .00
PRINCIPAL PAID           .00           .00          .00         .00         .00
INTEREST PAID            .00           .00          .00         .00         .00
TOTAL PAID               .00           .00          .00         .00         .00
```

The Debtor's attorney, NIEBUHR LAW OFFICES          , was allowed $         .00 and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $    345.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

PAGE 4
CASE NO. 08 B 07077 CAROL ANN BIGGS & JOHN WILLIAM BIGGS